IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADRIAN L. JACKSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil No. **03-540-JPG** |
| ) | |
| **STEPHEN D. MOTE,** ) | |
| ) | |
| Respondent. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's pro se "Motion to Supplement Response to Respondent['s] Motion to Dismiss." **(Doc. 49).** Petitioner's "motion" is actually a response to the motion to dismiss **(Doc. 38).** The Court assumes petitioner is concerned that the Court will ignore his pro se response in favor of the response filed by his counsel (before counsel was granted leave to withdraw).

**IT IS THEREFORE ORDERED** that the Clerk of Court shall have the record reflect that petitioner's pro se "Motion to Supplement Response to Respondent['s] Motion to Dismiss" **(Doc. 49)** is his "supplemental response" to respondent's motion to dismiss **(Doc. 38)**.

**IT IS SO ORDERED.**

**DATED: August 9, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**