IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADRIAN L. JACKSON,** | ) |
| Petitioner, | ) ) |
| V. | ) Civil No. **03-540-JPG** |
| **STEPHEN D. MOTE,** | ) ) ) |
| Respondent. | ) ) |

## **ORDER**

**PROUD, Magistrate Judge:**

Before the Court are five similar motions, all seeking a final, ultimate ruling on petitioner's petition for writ of habeas corpus:

1. "Motion to Compel its Order of Judgment" **(Doc. 57)**;

2. "Motion to Compel its Order of Judgment" **(Doc. 58)**;

3. Motion for Disposition Pro Se" **(Doc. 59);**

4. "Demand for Final Disposition" **(Doc. 62)**; and

5. Motion to Request Hearing" **(Doc. 63)**.

A review of the record reveals that a report and recommendation regarding respondent's motion to dismiss is pending. The petition cannot be addressed until there is final ruling on the motion to dismiss. Moreover, respondent has not been given an opportunity to brief the merits of the petition.

**IT IS THEREFORE ORDERED** that petitioner's five motions **(Docs. 57, 58, 59, 62 and 63)** are all **DENIED AS PREMATURE**.

**IT IS SO ORDERED.**

**DATED: August 10, 2005**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**