IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ADRIAN L. JACKSON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | Civil No. **03-540-JPG** |
| | ) | |
| **STEPHEN D. MOTE,** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's pro se "Motion to Retain Own Attorney." **(Doc. 64).** Dissatisfied with the slow progress of his petition, having not approved of the attorney appointed to represent him, petitioner wants to hire an attorney to represent him. Leave of Court is not required. If petitioner is successful in retaining private counsel, that attorney need only enter his or her appearance on behalf of petitioner in this action.

**IT IS THEREFORE ORDERED** that petitioner's pro se "Motion to Retain Own Attorney" **(Doc. 64)** is **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: August 10, 2005

s/ Clifford J. Proud
**CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE**