IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADRIAN L. JACKSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) Civil No. **03-540-JPG** |
| | ) |
| **STEPHEN D. MOTE,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner Adrian Jackson's "Motion for Partial Payment of Fees." **(Doc. 83).** On March 2, 2006, the Clerk of Court received $50.00 from petitioner as payment toward the filing fee in this case.

A review of the record reveals that petitioner has been granted pauper status; therefore, no fee is due in this habeas corpus action. **(Doc. 3).** Petitioner does have another action pending in this Court, *Jackson v. State of Illinois Department of Corrections*, 04-160-DRH. In that civil rights case Jackson still owes a substantial amount. The Court surmises that Jackson intended his $50.00 to go toward the case in which fees are still owed.

**IT IS THEREFORE ORDERED** that petitioner's "Motion for Partial Payment of Fees" **(Doc. 83)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall apply the $50.00 received from petitioner Jackson to his civil rights action, *Jackson v. State of Illinois Department of Corrections*, 04-160-DRH.

**IT IS SO ORDERED.**

**DATED: March 8, 2006**

                                           <u>s/ Clifford J. Proud</u>
                                           **CLIFFORD J. PROUD**
                                           **U. S. MAGISTRATE JUDGE**