UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADRIAN L. JACKSON,<br><br>  Petitioner,<br><br> v.<br><br>STEPHEN D. MOTE,<br><br>  Respondent. | Case No. 03-cv-540-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Adrian L. Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied, that judgment is entered in favor of respondent Stephen D. Mote and against petitioner Adrian L. Jackson, and that this case is dismissed with prejudice.


DATED:  August 31, 2006       NORBERT JAWORSKI

                  s/Brenda K. Lowe, Deputy Clerk


Approved: s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**